USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/5/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
AFRA TAVAREZ,

Plaintiff,

-against-

WILSON, et al.,

Defendants.
-----------------------------------------------------------------X

**26-CV-4181 (JAV) (KHP)**

**SCHEDULING ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On October 2, 2026 the parties filed a joint status update pursuant to the Court's Order at ECF No. 13. The Court thanks the parties for the update. To the extent Plaintiff requests, with Defendant's consent, an additional thirty days to respond to certain discovery demands, Plaintiff's request is GRANTED. Plaintiff's responses to the demands set forth in the joint letter are due **November 2, 2026**. The Court directs the parties to file an additional status letter on **November 5, 2026**.

**SO ORDERED.**

DATED: New York, New York
October 5, 2026

Katharine H Parker
_______________________________
KATHARINE H. PARKER
United States Magistrate Judge