USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/5/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

AFRA TAVAREZ,

Plaintiff,

-against-

WILSON, et al.,

Defendants.

---------------------------------------------------------------X

**26-CV-4181 (JAV) (KHP)**

**SCHEDULING ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court thanks the parties for the update on November 4, 2026. (ECF No. 18). The Court directs the parties to file an additional status letter on **December 7, 2026**.

**SO ORDERED.**

DATED: New York, New York
November 5, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge